IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR190 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TROY HANSEN, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Continue Self-Surrender Date (Filing No. 87). The government has indicated to defense counsel that it has no objection to the motion.

THEREFORE, IT IS ORDERED that defendant's Motion to Continue is granted. The defendant is given a continuance until **March 28, 2006,** in which to self-surrender to the Bureau of Prisons.

DATED this 27th day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge